# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO.:  24-CR-00193-KD-MU |
| | ) |
| MICHAEL JEROME ELDER | ) |
|    Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, (Doc. 23), and without any objection having been filed by the parties, the plea of guilty of the Defendant MICHAEL JEROME ELDER to Count One of the Indictment charging a violation of 18 U.S.C. §§ 2252A(a)(2) and (b), Distribution of Child Pornography, (Doc. 1), is now accepted and the Defendant is adjudged **guilty** of such offense.

A sentencing hearing has been scheduled for **May 9, 2025,** at **10 a.m.** in **Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE and ORDERED** this the **7th** day of **February 2025**.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**